UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| v. | § | No. 1:24-CR-00100-RP |
| | § | |
| **(1) ALTON EASLEY,** | § | |
| *Defendant* | § | |

# ORDER

Before the Court is Defendant's Motion to Substitute Retained Counsel, Dkt. 220. Defendant requests to substitute newly retained counsel for his appointed counsel. *Id.*

IT IS ORDERED that the Motion, Dkt. 220, is GRANTED. Stephen Toland is permitted to WITHDRAW as counsel for Defendant, and John H. Wofford, is substituted as counsel of record for Defendant in the above-captioned case. The Court FURTHER ORDERS that Mr. Toland meet with Mr. Wofford at the earliest opportunity to give Mr. Wofford a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Toland has no further responsibilities in this case.

SIGNED June 5, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE