UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1) ALTON EASLEY<br>(2) RONALD GREEN<br>(3) DONALD GREEN<br>(4) JOHN TOWNSEND<br>(5) ANDRE GIBSON<br>(7) ROMMEN ENRIQUE SANCHEZ<br>(8) ELOZIA ROGERS<br>(9) CHRISTOPHER HALL<br>(10) PHILLIP BROWN<br>(11) RODERICK FLETCHER<br>(12) JERMAINE MATHIS JR.<br>(13) BRAD DESHOUTEL<br>(14) ROLAND GARCIA<br>(15) SEDRICK MCCARTHER<br>(16) BENNY OCHOA JR.<br>(17) CALVIN HOUSTON<br>(18) MARIA G PALOMO DE MEDINA<br>(19) DEREK BYRD | Case No. 1:24-CR-00100-RP |

**ORDER GRANTING
DEFENDANTS' JOINT MOTION TO CONTINUE
AND DESIGNATE AS COMPLEX CASE**

Before the Court is Defendants' Joint Motion to Continue and Designate as Complex Case (Clerk's Doc. No. ___). The Defendants were set for docket call on October 25, 2024 and jury selection and trial on November 4, 2024, but counsel are requesting that the hearings be reset because additional time is needed to prepare. Counsel further request designation as a complex case. The Government joins the request.

Upon consideration of the factors enumerated in 18 U.S.C. § 3161(h)(7) and the factors reflected in *United States v. Bieganowski*, 313 F.3d 264 (5th Cir. 2002), the Court finds that due

-2-

to the nature of the case, the number of defendants, and the volume of discovery, it is unreasonable to expect adequate preparation for trial within the time limits established by the Speedy Trial Act.

The Court therefore finds that the ends of justice served by allowing the Defendants the additional time in which to prepare outweigh the best interest of the public and the Defendants in a speedy trial. Thus, the Court GRANTS Defendants' motion to continue the current trial setting and all pretrial dates and to designate the case as complex. Any period of delay resulting from this Court's granting the motion for continuance shall be excluded in computing the time within which the trial of this case must commence under 18 U.S.C. § 3161.

ACCORDINGLY, the docket call is reset to _____ at _____ a.m. and jury selection and trial in this case is reset to _____ at _____ a.m. All plea agreements are due on or before _____, and motions due on or before _____.

SIGNED this ___ day of September, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE